NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAMIEN DELON JONES,          )
                            )
            Appellant,       )
                            )
v.                          )          Case No. 2D18-492
                            )
STATE OF FLORIDA,            )
                            )
            Appellee.        )
_____)

Opinion filed October 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Bruce E. Kyle, Judge.

Damien Delon Jones, pro se.

PER CURIAM.

        Affirmed.

SILBERMAN, MORRIS, and SALARIO, JJ., Concur.